# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Andra Christman</u>  Case Number: <u>3:10-00248</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>June 24, 2011</u>

Original Offense: <u>18 U.S.C. 922(g)(1), Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>24 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 30, 2012</u>

Assistant U.S. Attorney: <u>Braden Boucek</u>  Defense Attorney: <u>Michael C. Holley</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*/s/ Kara Sanders*

Considered this 18 day of December, 2012,
and made a part of the records in the above case.

Kara Sanders
U.S. Probation Officer

*/s/ William J. Haynes, Jr.*
William J. Haynes, Jr.
Chief U.S. District Judge

Place   Nashville, Tennessee

Date    December 17, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance:**

    On December 14, 2012, Andra Christman tested positive for cocaine. Mr. Christman admitted smoking a cigarette laced with cocaine on December 12, 2012. This incident occurred after he was drinking beer at a bar on Jefferson Street, in Nashville. Mr. Christman also admitted that he used cocaine on or about December 6, 2012, with an acquaintance named "Earl." He failed to report for a drug test on this date.

    Mr. Christman was forthcoming with information regarding his drug use and admitted that he had not been taking his psychotropic medication as directed for the previous ten days. He reports being back on his medication as of December 13, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Andra Christman began his term of supervised release on October 30, 2012, and is set to terminate on October 29, 2014.

Because no specific treatment recommendations were received from the Bureau of Prisons, Mr. Christman was assessed by Centerstone Mental Health for mental health treatment needs in November 2012. He has attended all treatment sessions as directed. His next appointment is December 19, 2012. His counselor, LaToya Carter, will address his mental health and substance abuse issues in individual therapy.

Mr. Christman is employed by Captain D's on 8th Avenue South and Applebee's on Thompson Lane, in Nashville. He has maintained a positive attitude since his release and, other than the missed drug test noted above, he has reported to the probation office as directed. He currently resides with his father and step-mother in Nashville. His family is supportive of him and is aware of his need to comply with mental health and substance abuse treatment.

He is in compliance with all other conditions of release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no further action be taken at this time and Mr. Christman be allowed to continue on supervision to benefit from mental health treatment. However, this violation may be considered in the future if necessary. Any further violations or positive drug tests will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer