PROB 12B
(REVISED 5/2011)

# United States District Court
для
## Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision

Name of Offender: <u>Andra Christman</u>   Case Number: <u>3:10-00248</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>June 24, 2011</u>

Original Offense: <u>18 U.S.C. 922(g)(1), Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>24 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>October 30, 2012</u>

Assistant U.S. Attorney: <u>Braden Boucek</u>   Defense Attorney: <u>Michael C. Holley</u>

## PETITIONING THE COURT

■ To modify the release conditions as follows:

1. The defendant shall reside at the Residential Re-Entry Center, Dierson Charities, for up to six months, as directed by the United States Probation Office.

2. The defendant shall participate in a program of substance abuse treatment which shall include a 30-day inpatient treatment program. The defendant shall pay all or part of the costs if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☐ The modification(s) as noted above.
☒ Other (Set a hearing to modify the conditions of supervision)

*Counsel for the parties shall submit Agreed Order on the Modification*

Considered this 11th day of April, 2013, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U. S. Probation Officer

Place   Nashville, Tennessee

Date    April 11, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation No.   Nature of Noncompliance**

1.  **The defendant shall refrain from any unlawful use of a controlled substance.**
    Mr. Christman tested positive for cocaine on five separate occasions since his supervised release began in October 2012:

    December 14, 2012
    January 2, 2013
    March 22, 2013
    April 3, and April 8, 2013

    In December 2012, a report was sent to the Court regarding the positive drug test for cocaine and no action was taken. Mr. Christman's mental health sessions were increased to address his drug use.

    In January 2013, an additional report was sent to the Court for another positive drug test for cocaine. At that time, Mr. Christman voluntarily agreed to enter Transitions half-way house and to attend 12-step meetings to provide additional structure to address his drug use.

    After he tested positive for cocaine on March 22, 2013, he admitted to using cocaine on or about March 19, 2013, with his roommate, Jay, at the Transitions half-way house. Mr. Chritsman reports Jay left the half-way house the next day and has not returned. U.S. Probation Officer Kara Sanders instructed him to increase his 12-step meetings and find a sponsor.

    After he tested positive for cocain on April 3, 2013, he admitted to using approximately one-half gram of powder cocaine on March 31, 2013, along with drinking two 24-oz beers. He reports he was drinking the beer while walking home from work and saw an old associate who offered him the cocaine.

    After he tested positive for cocaine on April 8, 2013, he admitted to taking two hits from a cigarette laced with cocaine on or about April 6, 2013. He reports he was again, walking home from work and saw a former acquaintance, "YG", who had the cigarette laced with cocaine.

    Mr. Chritstman was suspended from Transitions half-way house on April 8, 2013, for using cocaine and for not paying his rent. He currently owes $520 in back rent. However, he could have returned to Transitions half-way house on April 11, 2013, if he could catch up on his back rent. Mr. Christman was terminated from Transitions half-way house as he was unable to pay his rent.

2. **The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

   Mr. Christman has continued to associate with individuals involved in criminal activity as evidence by his continued use of cocaine.

## Compliance with Supervision Conditions and Prior Interventions:

Andra Christman began his term of supervised release on October 30, 2012, and is set to terminate on October 29, 2014.

In December 2012, a report was submitted to the Court reporting positive drug tests and admitted cocaine use. No action was taken by the Court and Mr. Christman's mental health treatment was increased to once per week and he was instructed to return to compliance with his psychotripic medication.

In January 2013, a second report was submitted to the Court reporting an additional positive drug test and admitted cocaine use. Again, no action was taken. On January 22, 2013, Mr. Christman voluntarily entered Transitions half-way house.

His counselor, LaToya Carter, continues to address his mental health and substance abuse issues in weekly individual therapy. Mr. Christman continues to report he is complying with his psychotripic medication.

Mr. Christman continues to be employed full time by Captain D's on 8th Avenue South. This employment has been verified.

## U.S. Probation Officer Recommendation:

It is recommended that the conditions of his release be modified so that Mr. Christman can receive additional treatment and be place in a more structured environment.

Assistant Federal Public Defender Mike Holley and Assistant U.S. Attorney Braden Boceck are both in agreement with the modification of his conditions.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer