UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00248 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| ANDRA CHRISTMAN | ) | |

**AGREED MOTION TO ENTER ORDER**

*[Handwritten annotation: Order — The motion is GRANTED — Haynes C.J. 6-21-13]*

Defendant Andra Christman moves the Court, in light of the pending petition regarding supervised release, to revoke his supervised release.

After consulting with undersigned counsel, Christman hereby admits each of the three alleged violations of his conditions of supervised release that are charged in the petition filed as Docket Entry 56. Christman also requests that, due to those violations, the Court order that: (1) Christman serve a sentence of six months of imprisonment; and (2) upon completion of that sentence, his term of supervised release will be terminated.

Counsel for the Government, Braden Boucek, has reviewed this motion and agrees with this request. Christman has attached an agreed order to this motion.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I electronically filed the foregoing *Agreed Motion to Enter Order* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Braden Boucek**, Assistant United States Attorney, 110 9th Avenue South, Ste. A-961, Nashville, TN 37203, on this the 16th day of April, 2013.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY