**ORDER:** Motion granted.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00248 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | MAGISTRATE JUDGE KNOWLES |
| ANDRA CHRISTMAN | ) | |

## AGREED MOTION TO CANCEL DETENTION HEARING

Defendant Andra Christman moves this Court to cancel the detention hearing set for Tuesday, June 25, 2013.

Christman has consulted with undersigned counsel. Contemporaneously with the instant motion, Christman is filing an agreed motion for the Court to revoke his supervised release and to impose a sentence of six months. Consequently, upon advice of counsel, Christman has decided to presently waive his right to a detention hearing, but to reserve the right to later request that hearing should circumstances change. Christman, therefore, requests that the Court cancel the detention hearing set for June 25.

AUSA Braden Boucek has reviewed this motion, and he agrees with the request to cancel the hearing.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203